No. 472. HALLAM v. GRANT. Motion submitted November 4, 1929. Decided November 25, 1929. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied, for the reason that the Court, upon examination of the unprinted record herein submitted, finds that there is no substantial federal question upon which a writ of certiorari can be issued. The petition for a writ of certiorari is therefore also denied.

The costs already incurred herein shall be paid by the Clerk as provided in the order of October 29, 1926. *Mr. William H. Hallam, pro se,* for petitioner. No appearance for respondent.

No. —, original. Ex parte Atwood et al. Motion submitted November 4, 1929. Decided November 25, 1929. The motion for leave to file petition for writ of mandamus is denied. *Mr. Lyman K. Clark, Jr.,* for petitioners.